FILED
DEC 22 2009
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>BOB CAMRETA; DESCHUTES COUNTY; JAMES ALFORD, Deschutes County Sheriff; BEND LAPINE SCHOOL DISTRICT; TERRY FRIESEN,<br><br>        Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: BERZON and BEA, Circuit Judges, and GUTIERREZ,[*] District Judge.

Appellees' motion for an extension of time in which to file a Petition for Rehearing / Rehearing En Banc is granted. A petition must be filed by February 4, 2010.

---

[*] The Honorable Philip Gutierrez, United States District Judge for the Central District of California, sitting by designation.