UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BOB CAMRETA; DESCHUTES COUNTY; JAMES ALFORD, Deschutes County Sheriff; BEND LAPINE SCHOOL DISTRICT; TERRY FRIESEN,<br><br>        Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: BERZON and BEA, Circuit Judges, and GUTIERREZ,[*] District Judge.

    Appellee James Alford's motion to join Appellee Bob Camreta's petition for rehearing, with suggestion of rehearing en banc, is granted. The California State Association of Counties' motion for leave to file an amicus brief is granted.

---

    [*]     The Honorable Philip Gutierrez, United States District Court for the Central District of California, sitting by designation.