FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BOB CAMRETA; DESCHUTES COUNTY; JAMES ALFORD, Deschutes County Sheriff; BEND LAPINE SCHOOL DISTRICT; TERRY FRIESEN,<br><br>　　　　Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: BERZON and BEA, Circuit Judges, and GUTIERREZ,[*] District Judge.

　　The motions by Los Angeles County and Idaho Department of Health and Welfare for leave to file an amicus brief are granted. The motion by Education Legal Alliance, California School Boards to join the amicus brief filed by the California State Association of Counties is granted.

---

　　　[*] The Honorable Philip Gutierrez, United States District Court for the Central District of California, sitting by designation.