FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>   Plaintiff - Appellant,<br><br>  v.<br><br>BOB CAMRETA; DESCHUTES COUNTY; JAMES ALFORD, Deschutes County Sheriff; BEND LAPINE SCHOOL DISTRICT; TERRY FRIESEN,<br><br>   Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: BERZON and BEA, Circuit Judges, and GUTIERREZ,[*] District Judge.

The panel has unanimously voted to deny appellee's petition for rehearing.

Judge Berzon and Judge Bea have voted to deny the petition for rehearing en banc.

Judge Gutierrez recommends denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

---

   [*]   The Honorable Philip Gutierrez, United States District Court for the Central District of California, sitting by designation.

The petition for rehearing is denied and the petition for rehearing en banc is rejected.

Case: 06-35333    03/01/2010    ID: 7247340    DktEntry: 65    Page: 2 of 2