UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BOB CAMRETA; et al.,<br><br>        Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

      The judgment of this Court, entered December 10, 2009, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            Molly C. Dwyer
                                            Clerk of Court

                                            Synitha Walker
                                            Deputy Clerk