JOHN R. KROGER
Attorney General of Oregon
JEROME LIDZ
Solicitor General
DAVID B. THOMPSON
Assistant Attorney General
1162 Court Street N.E.
Salem, Oregon 97301-4096
Telephone: (503) 378-4402

Counsel for Appellee Bob Camreta

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S. G., a minor, and K. G., a minor., <br><br>Plaintiff-Appellant, <br><br>v. <br><br>BOB CAMRETA; DESCHUTES COUNTY; JAMES ALFORD, Deschutes County Sheriff; BEND LAPINE SCHOOL DISTRICT; and TERRY FRIESEN, <br><br>Defendants-Appellees. | U.S.D.C. No. 05CV06047AA <br><br>U.S.C.A. No. 06-35333 <br><br>APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR ATTORNEY FEES |

Plaintiff Sarah Greene has requested an award of appellate attorney fees

under 42 U.S.C. § 1988 based on this court's decision in *Greene v. Camreta*,

588 F.3d 1011 (9th Cir. 2009). In that decision, this court affirmed the district

court's grant of summary judgment to defendant Bob Camreta on Greene's

Fourth Amendment claim (the "first issue"), based on qualified immunity. 588

F.3d at 1037. The court reversed the district court's summary judgment in

Page 1 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR
 ATTORNEY FEES
 DBT:blt\1961556

Camreta's favor on Greene's two Fourteenth Amendment claims, which related to a removal order concerning Greene's daughters (the "second issue") and Camreta's alleged decision to exclude Greene from her daughters' medical examinations at the KIDS Center (the "third issue"). *Id.* Greene asks for appellate attorney fees with respect to the first and third issues.

Because Camreta prevailed in this court on the first issue based on qualified immunity, Greene is not a prevailing party with respect to that issue. Greene therefore is not entitled to an award of appellate attorney fees on that issue. *See Citizens for Better Forestry v. U.S. Dept. of Agriculture*, 567 F.3d 1128, 1132 (9th Cir. 2009) (explaining *Hewitt v. Helms*, 482 U.S. 755 (1987): "though the plaintiff had obtained a favorable determination on the issue of whether there had been a constitutional violation, he ultimately received no relief from the district court and therefore was not entitled to attorneys' fees").

As for the third issue, the district court granted summary judgment to Camreta based on immunity. (E.R. 34; Opinion and Order at 16: "Camreta is entitled to immunity for excluding plaintiff from S.G. and K.G.'s medical examinations."). While Greene obtained a reversal of that immunity-based summary judgment, she did not prevail on the merits of the claim relating to the third issue. *Greene*, 588 F.3d at 1037. For that reason, she is not entitled to

Page 2 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR ATTORNEY FEES
DBT:blt\1961556

Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 947-4315

appellate attorney fees. *See Marks v. Clarke*, 102 F.3d 1012, 1034 (9th Cir.), *cert. denied*, 522 U.S. 907 (1997) ("A party may be awarded attorney fees as a prevailing party at an interlocutory stage of the proceeding if the party prevails on the merits as to one or more of his or her claims." (internal quotation marks omitted)).[1]

---

[1] In any event, even if it could be said that Greene is a prevailing party on the third issue for purposes of § 1988 attorney fees, she fails to specifically itemize the attorney work on appeal for that issue (about one page of Greene's six pages of argument in her opening brief was devoted to the third issue, Aplt.'s Br. 18-19, and only a short paragraph in her reply brief addressed the issue, Aplt.'s Reply Br. 10).

Page 3 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR
   ATTORNEY FEES
   DBT:blt\1961556

For the foregoing reasons, this court should deny the motion for attorney fees.

        Respectfully submitted,

        JOHN R. KROGER  #077207
        Attorney General
        JEROME LIDZ  #772631
        Solicitor General


        /s/  David B. Thompson
        ―――――――――――――――――
        DAVID B. THOMPSON  #951246
        Senior Assistant Attorney General

        Attorneys for Defendant-Appellee

        Bob Camreta

Page 4 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR
    ATTORNEY FEES
    DBT:blt\1961556

Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 947-4315

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, I directed the Appellee Bob Camreta's Response to Motion for Attorney Fees to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Mark P. Amberg
Deschutes County Legal Counsel
1300 N.W. Wall Street
Suite 200
Bend, Oregon 97701
  Telephone: (541) 330-4645

Mark H. Wagner
P.O. Box 11
Eastbound, Washington 98245
  Telephone: (360) 376-3004

Deborah Caplan
Olson Hagel & Fishburn, LLP
555 Capitol Mall, Suite 1425
Sacramento, California 95814
  Telephone: (916) 442-2952

Jennifer B. Henning
Litigation Counsel
California State Assoc. of Counties
1100 "K" Street, Suite 101
Sacramento, California 95814
   Telephone: (916) 327-7535

*Continued...*

Page 5 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR
    ATTORNEY FEES
    DBT:blt\1961556

| | |
|---|---|
| Robert B. Luce<br>Assistant Attorney General<br>Office of the Idaho Attorney General<br>Human Services Division<br>450 W. State Street, 10th Floor<br>P.O. Box 83720<br>Boise, Idaho 83720<br>  Telephone:  (208) 334-5537 | Navid Nakhjavani<br>Senior Associate County Counsel<br>Andrea Sheridan Ordin<br>County Counsel<br>James M. Owens<br>Assistant County Counsel<br>County of Los Angeles<br>201 Centre Plaza Drive, Suite 1<br>Monterey Park, California 91754-2142<br>  Telephone:  (323) 526-6274 |

/s/  David Thompson
DAVID B. THOMPSON
Senior Assistant Attorney General

Attorney for Defendant-Appellee
Bob Camreta

Page 6 - APPELLEE BOB CAMRETA'S RESPONSE TO MOTION FOR
    ATTORNEY FEES
  DBT:blt\1961556