# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 4, 2010



Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: James Alford, Deputy Sheriff, Deschutes County, Oregon
v. Sarah Greene, et al.
No. 09-1478
(Your No. 06-35333)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 1, 2010 and placed on the docket June 4, 2010 as No. 09-1478.

Sincerely,

William K. Suter, Clerk

by Heather Trant
Case Analyst