# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 2, 2010

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

JUN - 7 2010

FILED _____
DOCKETED _____
DATE        INITIAL

Re: Bob Camreta
v. Sarah Greene, Personally and as Next Friend for S.G., a Minor, and K.G., a Minor
No. 09-1454
(Your No. 06-35333)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 27, 2010 and placed on the docket June 2, 2010 as No. 09-1454.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst