# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 12, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Bob Camreta
v. Sarah Greene, Personally and as Next Friend for S. G., a
Minor, and K. G., a Minor
No. 09-1454
(Your No. 06-35333)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petition for a writ of certiorari in No. 09-1478 is granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk