# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 12, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  James Alford, Deputy Sheriff, Deschutes County, Oregon
           v. Sarah Greene, et al.
           No. 09-1478
           (Your No. 06-35333)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petition for a writ of certiorari in No. 09-1454 is granted.  The cases are consolidated and a total of one hour is allotted for oral argument.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk