# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2011

Clerk
United States Court of Appeals
  for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT - 3 2011

FILED _____
DOCKETED _____
DATE    INITIAL

Re:   Bob Camreta
      v.  Sarah Greene, Personally and as Next Friend of S. G.,
          a Minor, and K. G., a Minor
      No. 09-1454
            and
      James Alford, Deputy Sheriff, Deschutes County, Oregon
      v.  Sarah Greene, Personally and as Next Friend of S. G.,
          a Minor, and K. G., a Minor
      No. 09-1478  (Your docket No. 06-35333)

Dear Clerk:

Attached please find a certified copy of the *modified* judgment of this Court in the above-entitled cases.

Sincerely,

WILLIAM K. SUTER, Clerk

By _____

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc:   Mary H. Williams, Esq.            Christopher D. Bell, Esq.
      Carolyn A. Kubitschek, Esq.       Mikel R. Miller, Esq.

# Supreme Court of the United States

*No.* 09-1454 & 09-1478

**_Modified_**

BOB CAMRETA,

Petitioner

v.

SARAH GREENE, PERSONALLY AND AS NEXT
FRIEND OF S. G., A MINOR, AND K. G., A MINOR

and

JAMES ALFORD, DEPUTY SHERIFF,
DESCHUTES COUNTY, OREGON,

Petitioner

v.

SARAH GREENE, PERSONALLY AND AS NEXT
FRIEND OF S. G., A MINOR, AND K. G., A MINOR

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF,** it is ordered and adjudged by this Court that the judgment of the above court is vacated in part, and the cases are remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that each side shall bear its own costs.

October 3, 2011



A True Copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By