UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH GREENE, personally and as next friend for S.G., a minor, and K.G., a minor,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>BOB CAMRETA; et al.,<br><br>    Defendants - Appellees. | No. 06-35333<br><br>D.C. No. CV-05-06047-AA<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

The judgment of this Court, entered October 31, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Synitha Walker
> Deputy Clerk